NO. 07-11-00158-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL E
 
--------------------------------------------------------------------------------
JUNE 27, 2012
--------------------------------------------------------------------------------

 
 MARTIN HERNANDEZ, APPELLANT
 
 v.
 
 THE STATE OF TEXAS, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE COUNTY COURT AT LAW NO. 1 OF LUBBOCK COUNTY;
 
 NO. 2009-458,545; HONORABLE LARRY B. "RUSTY" LADD, JUDGE
--------------------------------------------------------------------------------

Before HANCOCK and PIRTLE, JJ. and BOYD, S.J.

 MEMORANDUM OPINION
 
 After the trial court overruled appellant's, Martin Hernandez, motion to suppress evidence, appellant entered a plea of guilty to possession of marijuana in an amount of two ounces or less. The trial court assessed appellant's punishment, pursuant to a plea bargain, to confinement in the Lubbock County Jail for 20 days and all costs of court. Appellant appeals his conviction asserting the trial court erred in overruling his motion to suppress the evidence. We agree with appellant and reverse the judgment of conviction.
 After appellant filed his brief, the State filed its brief and conceded that the search in question was unlawful. After reviewing the brief and record, we conclude that the State's concession of error is well founded. Therefore, we find that the trial court committed reversible error in overruling appellant's motion to suppress the evidence obtained as a result of the search of appellant. Accordingly, we reverse the judgment of the trial court and remand this matter to the trial court for further proceedings consistent with this opinion.

 Mackey K. Hancock
 Justice

Do not publish.